**FILED**

April 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM** _____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HUGO FABIAN RUIZ FUNES, §
§
Petitioner, §
§
v. § NO. SA-26-CV-1352-OLG
§
WARDEN, SOUTH TEXAS ICE §
PROCESSING CENTER, *et al.*, §
§
Respondents. §

## O R D E R

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 27. After initiating this action, he was released. *See* Dkt. Nos. 9 at 4; 9-1. Because the relief sought herein has been granted, this case is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021).[1] Accordingly, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED AS MOOT**.

Any pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on April ___15___, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1]In his reply, Petitioner appears to challenge the validity of his recently issued final order of removal. *See* Dkt. No. 9. But that challenge is not the subject of this habeas proceeding, which is limited to the legality of his continued detention during removal proceedings. *See* Dkt. No. 1. Therefore, the Court need not reach this issue.